FILED

12/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0631

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0631

STATE OF MONTANA,

Plaintiff and Appellee,

vs.

JAMES HOUSTON PARKER,

Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until February 5, 2024, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 27 2023